AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Jones, Richard A. | 2. Court or Organization  W.D. Washington | 3. Date of Report  05/06/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District | 5a. Report Type (check appropriate type)  ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address  United States Courthouse 700-Stewart Street Seattle, Washington 98101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | YMCA of Greater Seattle |
| 2. Advisory Board Member | National Center for Courts and Media, National Judicial College |
| 3. Advisory Board Member | Seattle University Access to Justice Institute |
| 4. Board Member | Washington State Minority and Justice Commission |
| 5. Faculty/Instructor | National Judicial College |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | Washington State Deferred Compensation Plan: pension upon retirement |
| 2. 1994 | Washington State Judicial Retirement Account: pension upon retirement |
| 3. | |

DISCLOSURE OFFICE
2010 MAY 12 P 3:29
RECEIVED

Jones, Richard A.

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A. | 05/06/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | ▒▒▒▒ -Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Aspen Institute-Justice ans Society Program. | January 30-February 1, 2009 | Aspen Institute-New York | Education Seminar | Transportation, meals and lodging |
| 2. | National Judicial College | March 16-17, 2009 | San Francisco, CA | Teaching Judges | Transportation, meals and lodging |
| 3. | National Judicial College | April 19-21, 2009 | Reno, Nevada | Teaching Judges | Transportation, meals and lodging |
| 4. | YMCA-USA | August 4-5, 2009 | Chicago, Illinois | Board Meeting | Transportation, meals and lodging |
| 5. | Washington State Supreme Court Minority and Justice Commission | October 9, 2009 | Spokane, WA | Youth Law Forum | Transportation and meals |
| 6. | National Judicial College | October 4-6, 2009 | Reno, Nevada | Teaching Judges | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A. | 05/06/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Tully's Stock (common) | | None | J | W | | | | | |
| 2. Tully's Stock(preferred) | | None | J | W | | | | | |
| 3. FBR Direct | | None | J | U | | | | | |
| 4. American Funds: American Balanced | A | Interest | L | T | | | | | |
| 5. American Funds: American Mutual | A | Interest | L | T | | | | | |
| 6. American Funds: Capital Income Builder | A | Interest | L | T | | | | | |
| 7. American Funds: Capital World Growth & Income | A | Interest | L | T | | | | | |
| 8. American Funds: Capital World Bond | A | Interest | M | T | | | | | |
| 9. American Funds: Fundamental Investors | A | Interest | L | T | | | | | |
| 10. American Funds: Growth Fund of America | A | Interest | L | T | | | | | |
| 11. American Funds: Income Fund of America | A | Interest | L | T | | | | | |
| 12. American Funds: Investment Company of America | A | Interest | M | T | | | | | |
| 13. American Funds: SMALLCAP WORLD | A | Interest | L | T | | | | | |
| 14. American Funds: Washington Mutual Investors | | None | M | T | | | | | |
| 15. American Funds: Bond Fund of America | B | Interest | M | T | | | | | |
| 16. American Funds: Money Market* | A | Distribution | L | T | | | | | |
| 17. Washington State Investment Board** | | None | N | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only) S =Assessment           T =Cash Market
   (See Column C2)            U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A. | 05/06/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Positions

> Board Member Washington State Bar Association Leadership Institute
> Advisory Board Member Northwest Minority Job Fair Committee
> Advisory Board Member First Year Minority Clerkship Program
> Co-Chair        King County Bar Association Rev. Dr. Martin Luther King Luncheon Committee
> Board Member Center for Children & Youth Justice

VII.        Investments and Trusts

> 18. ISMARC        401k        Value Code L, Value Method T
>
> 22. Principal Finance Group        Value Code J, Value Method T

\*  No. 16 Uninvested Rollover from From Fidelity Funds reported in FDR for Calendar year 2008.
\*\* No. 17 Constitutes rollover investments combined from Fidelity Funds reported in FDR for Calendar year 2006. The source of these funds are pursuant to the "Agreements" section referenced in this 2009 Report.
> These funds are now managed by the Washington State Pension Fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A. | 05/06/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544